IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREENTEX GREENHOUSES, BV, A Dutch corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PONY EXPRESS GREENHOUSE, LLC, A Nebraska limited liability company, and PLAINS PRODUCE, LLC, A Nebraska limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) |

4:04CV3390

ORDER

IT IS ORDERED:

The motion, filing 20, of William G. Dittrick, Gretchen L. Twohig and the Baird Holm Law Firm to withdraw as counsel of record for defendant Pony Express Greenhouse is granted.

DATED this 1st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge