IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREENTEX GREENHOUSES, BV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3390 |
| | ) | |
| v. | ) | |
| | ) | |
| PONY EXPRESS GREENHOUSE, LLC, | ) | ORDER |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for leave to amend complaint, filing 18, is granted and the amended complaint shall be filed forthwith.

DATED this 21st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge