IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREENTEX GREENHOUSES BV, a Dutch corporation,　　　　)<br>)<br>)<br>Plaintiff,　　　　　　　　　)<br>)<br>vs.　　　　　　　　　　　　　)<br>)<br>PONY EXPRESS GREENHOUSE, LLC,　)<br>a Nebraska limited liability company,　)<br>)<br>Defendant.　　　　　　　　)  | 4:04CV3390<br><br>**MEMORANDUM**<br>**AND ORDER** |

Inasmuch as Plaintiff has filed an amended complaint with court approval,

IT IS ORDERED that Defendant's motion to dismiss the original complaint or to require a more definite statement (filing 15) is denied without prejudice, as moot.

June 23, 2005.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge