IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Greentex Greenhouses, BV**, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3390 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **Pony Express Greenhouse** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by July 14, 2005, file their Report of Parties' Planning Conference.

DATED: June 24, 2005

/s/ *David L. Piester*
United States Magistrate Judge