IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GREENTEX GREENHOUSES, BV,      )
                               )
                Plaintiff,     )          4:04CV3390
                               )
        v.                     )
                               )
PONY EXPRESS GREENHOUSE,       )               ORDER
                               )
                Defendant.     )
                               )

        IT IS ORDERED:

        The **time** of the telephone planning conference on October 14, 2005 is changed from 9:00 a.m. to **11:00 a.m.**  Plaintiff's counsel shall place the call.

        DATED this 16th day of August, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge