```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| GREENTEX GREENHOUSES, BV, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3390 |
| | ) | |
| v. | ) | |
| | ) | |
| PONY EXPRESS GREENHOUSE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED,

The Rule 26 telephone planning conference is rescheduled from October 14 to **October 27, 2005 at 9:00 a.m.** Plaintiff's counsel shall place the call.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge