```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| GREENTEX GREENHOUSES BV,<br>A Dutch Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>PONY EXPRESS GREENHOUSE, LLC,<br>A Nebraska limited liability<br>company,<br><br>            Defendant. | 4:04CV3390<br><br>MEMORANDUM AND ORDER |

Upon consideration of the defendant's motions to amend findings and to alter or amend the judgment, I conclude, for the reasons set forth in the memorandum of opinion and those generally referenced in the plaintiff's brief in opposition to the motions, that the motions should be denied.

IT THEREFORE HEREBY IS ORDERED, the motions, filing 79 and 80, are denied.

DATED this 11th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge